# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WILLETHA ALLISON, et al, | ) |
| Plaintiffs, | ) Civil Case No. 3:14-0308 |
| v. | ) Judge Nixon |
| AMAZON.COM, INC., et al, | ) |
| Defendants. | ) |

## ORDER

Pursuant to the order of the Judicial Panel on Multidistrict Litigation, Docket No. 2504, this case is hereby transferred to the United States District Court for the Western District of Kentucky for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and electronically transmit the record to the United States District Court for the Western District of Kentucky.

It is so **ORDERED**.

_____
John T. Nixon
United States District Judge